**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

Raymond Orrand, et al., :

      Plaintiffs, :
    v.                     Case No. 2:07-cv-185
                              :
Horner Construction, Inc.,     Judge Marbley
                              :
      Defendant.    :    Magistrate Judge Kemp

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the December 5, 2008 Opinion and Order, Plaintiffs' motion for summary judgment is GRANTED. Judgment entered in favor of plaintiffs and against defendant Horner Construction, Inc., in the amount of $4,476.39, plus interest accruing at the rate of $2.46 per day from July 15, 2007.

Date: **December 5, 2008**                 James Bonini, Clerk

                                            s/Betty L. Clark
                                            Betty L. Clark/Deputy Clerk