IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Raymond Orrand, et al., :

       Plaintiffs, :
    v.                     Case No. 2:07-cv-185
                            :
Horner Construction, Inc.,      Judge Marbley
                            :
       Defendant.    :     Magistrate Judge Kemp

## ORDER

Plaintiffs' motions to alter or amend judgment (#14) and for attorneys' fees (#15) are both meritorious and are both GRANTED. The Clerk shall enter an amended judgment in the total amount of $8,582.14, comprised of damages, interest, and liquidated damages totaling $5,476.39 and attorneys' fees of $3,105.75. Interest on the former amount shall run at the rate of $2.46 per day from July 15, 2007, and interest shall run on the latter amount at the statutory rate from the date of judgment.

                                          s/Algenon L. Marbley
                                          Algenon L. Marbley
                                          United States District Judge