# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

AMENDED JUDGMENT IN A CIVIL CASE

Raymond Orrand, et al.,  :

      Plaintiffs,  :
  v.                  Case No. 2:07-cv-185
               :

Horner Construction, Inc.,      Judge Marbley
               :
      Defendant.  :    Magistrate Judge Kemp

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the February 23, 2009 Order, Plaintiff's motions to alter or amend judgment and for attorneys' fees are GRANTED. Judgment entered in the total amount of $8,582.14, comprised of damages, interest, and liquidated damages totaling $5,476.39 and attorneys' fees of $3,105.75.

Date: **February 23, 2009**           **James Bonini, Clerk**

                                          s/Betty L. Clark
                                          Betty L. Clark/Deputy Clerk